```
                      UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON

ROBERT CRACE,                        )
                                     )   No. CV-08-390-CI
           Plaintiff,                )
                                     )   ORDER OF STIPULATED
v.                                   )   DISMISSAL WITH PREJUDICE
                                     )
STEVENS COUNTY, a Washington         )
municipal corporation,               )
                                     )
           Defendant.                )
                                     )
```

Before the court is the parties' Stipulation of Dismissal. (Ct. Rec. 11.)  The court being fully advised in the premises:

**IT IS ORDERED** that the above action is hereby dismissed with prejudice with respect to the claims against Defendant and no costs or fees are awarded.

The District Court Executive is directed to enter this Order, provide copies to counsel for the parties, and close the file.

DATED October 1, 2009.


                          S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER OF STIPULATED DISMISSAL WITH PREJUDICE